**Electronically Filed
Supreme Court
SCWC-18-0000898
12-JUN-2020
09:53 AM**

SCWC-18-0000898

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

ROMAN SEMES, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000898; CASE NO. 2PC151001014(3))

ORDER DISMISSING CERTIORARI PROCEEDING
(By: Nakayama, Acting C.J., McKenna, Pollack, and Wilson, JJ.,
and Circuit Judge Ashford, in place of Recktenwald, C.J., recused)

Upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

IT IS HEREBY ORDERED that this certiorari proceeding is dismissed.

DATED: Honolulu, Hawai'i, June 12, 2020.

/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Richard W. Pollack
/s/ Michael D. Wilson
/s/ James H. Ashford

